U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

SEP 04 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| YEM TUONG NGUYEN<br>FED. REG. 15106-041 | CIVIL ACTION NO. 6:13-cv-3270 |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| JUDGE REBECCA DOHERTY | MAGISTRATE JUDGE C. MICHAEL HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Nguyen's complaint is **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted, and for seeking monetary relief from a defendant who is immune from suit.

**The Clerk is directed to send a copy of this judgment to the Keeper of the Three Strikes List, Tyler, Texas.**

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this ____ day of September, 2014.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE